UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 08 B 15738
    LINDA FITCH
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-2189
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/19/2008 and was not confirmed.

    The case was dismissed without confirmation 10/06/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 929.00 | .00 | 48.00 |
| DEUTSCHE BANK NATIONAL T | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS | MORTGAGE ARRE | 3872.81 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 961.86 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO DEPT OF REVENUE | UNSECURED | 409.44 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1061.40 | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | 655.95 | .00 | .00 |
| IC SYSTEM INC | UNSECURED | 204.94 | .00 | .00 |
| IC SYSTEM INC | UNSECURED | 135.31 | .00 | .00 |
| THOREK PHYSICIANS BILLIN | UNSECURED | NOT FILED | .00 | .00 |
| EYE SPECIALISTS | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERV/FIR | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 4872.83 | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 422.16 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,341.50 | | 675.43 |
| TOM VAUGHN | TRUSTEE | | | 56.57 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 780.00 | |
| PRIORITY | | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 15738 LINDA FITCH

```
SECURED                                                    48.00
UNSECURED                                                    .00
ADMINISTRATIVE                                            675.43
TRUSTEE COMPENSATION                                      56.57
DEBTOR REFUND                                                .00
                         ---------------      ---------------
TOTALS                        780.00               780.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE